MR. Ronald Lee Alexander SR.

#830441          YF 28B

Mark W. stiles unit

3060 Fm 3514

Beaumont, Tx 77705

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 19 2015

Abel Acosta, Clerk

12,025-02,03,04,
05,06,07,08

November 6, 2015

Re: Requesting all documents/writs/decision
files in cause no# 779738 from the
176th Dist. court in Ronald L. Alexander

Honorable Clerk

I am requesting the deposition and decisions in all writs
that was filed in this court under cause no# 779738-
from the 176th District court Judge Brien Rains, in Harris
county- Houston, Texas.

Thanks for your assistance!

Sincerely,

Ronald L. Alexander Sr.

#830441    stiles unit